IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | CASE NO: 09-53236 |
| | ) | Chapter 13 |
| Thomas Michael Studer | ) | |
| | ) | |
| Debtor(s). | ) | Judge Marilyn Shea-Stonum |
| | ) | |

<u>STIPULATIONS OF FACT</u>

  Now come Keith Rucinski, chapter 13 trustee, by and through counsel, and the debtor, Thomas Michael Studer, by and through counsel, who stipulate to the following facts, *viz.*,

  1.  This case was commenced as a case under chapter 13, title 11 U.S.C. on July 23, 2009.  Docket No. 1 and 2.  This case was not previously converted under any other chapter of the Bankruptcy Code.

  2.  The plan originally proposed a percentage dividend to be paid to general unsecured creditors of one percent (1%) of these creditors' allowed and filed claims.

  3.  The debtor's schedules I and J, copies of which are attached as Exhibits "A" and "B," respectively, fully and accurately list the debtor's income and expenses.  Based on these figures, the debtor has a projected annual income of $114,288.00.

  4.  As listed on the debtor's schedule A, the debtor owns a one-half (1/2) fee inteest in this residential real estate located at 4679 Paxton Road, Copley, Ohio.  The co-owner holding the other one-half (1/2) fee interest is Michelle Cosgrove.  As of the commencement of the case, Michelle Cosgrove was the debtor's fiancee but since that time the debtor and Ms. Cosgrove have ended their engagement.  This real estate was purchased jointly by the debtor and Ms. Cosgrove on June 5, 2006.

  5.  As further listed on the debtor's schedule A, the debtor listed the value of his real estate at $682,950.00.  This valuation was based on the appraisal of the Summit County, Ohio Fiscal Officer, auditor's division.  A copy of this appraisal was attached as an exhibit to the debtor's schedule A.  In the most recent Summit County appraisal of the debtor's real estate, the valuation was reduced to $594,750.00 as shown on the attached Exhibit "C."

6. The above-referenced real estate is subject to a purchase-money mortgage owed by the debtor and Ms. Cosgrove, jointly and severally, to Countrywide, upon which the debtor owes and approximate principal balance of $546,753.00. This real estate further is subject to a second mortgage owed by the debtor and Ms. Cosgrove, jointly and severally, to Saxon Mortgage upon which the debtor owes an approximate principal balance of $134,613.00. *See*, proof of claim 4-1. This real estate further is subject to a mechanic's lien owed by the debtor and Ms. Cosgrove, jointly and severally, to MGM Landscaping Contractor, Inc. upon which the debtor owes and approximate principal balance of $27,746.90. See, attached Exhibit "D." An order granting MGM Landscaping Contractor, Inc. relief from the co-debtor stay of 11 U.S.C. Sec. 1301 with respect to Ms. Cosgrove was entered on September 2, 2009.

7. The total amount of mortgages and liens encumbering the debtor's real estate as referred to in the preceding paragraph six (6), therefore, is $709,112.90. Subtracting this $709,112.90 from the real estate's current appraised value of $594,750.00 leaves a deficiency of $114,362.90. If the debtor were to surrender his real estate as demanded by the chapter 13 trustee, this $114,362.90 deficiency would be added to the pool of general unsecured claims to be paid by the debtor in his chapter 13 plan.

Respectfully Submitted,

/s/ Robert M. Whittington, Jr.
_____
Robert M. Whittington, Jr. 0007851
Elk, Elk & Whittington
159 S. Main St.
Akron, OH 44308
Voice (330) 384 8484
Fax (330) 384 8953
E-mail elkwhitt@neo.rr.com

Respectfully Submitted,


/s/ Keith L. Rucinski, Chapter 13 Trustee
/s/ Joseph A. Ferrise, Staff Attorney

_____

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, Ohio 44308
Tel 330.762.6335
Fax 330.762.7072
krucinski@ch13akron.com
jferrise@ch13akron.com

EXHIBIT A

B6I (Official Form 6I) (12/07)

In re: Thomas Michael Studer
Debtor

Case _____ (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: Divorced | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): daughter | AGE(S): 22 |
| **Employment:** | DEBTOR | SPOUSE |
| Occupation | Senior auditor | |
| Name of Employer | Bridgestone | |
| How long employed | 26 years | |
| Address of Employer | 535 Marriott Drive | N.A. |
| | Nashville, TN 37214 | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 9,524.00 | $ N.A. |
| 2. | Estimated monthly overtime | $ 0.00 | $ N.A. |
| 3. | SUBTOTAL | $ 9,524.00 | $ N.A. |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | $ 3,224.00 | $ N.A. |
| | b. Insurance | $ 554.00 | $ N.A. |
| | c. Union Dues | $ 0.00 | $ N.A. |
| | d. Other (Specify:_____) | $ 0.00 | $ N.A. |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ 3,778.00 | $ N.A. |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | $ 5,746.00 | $ N.A. |
| 7. | Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ N.A. |
| 8. | Income from real property | $ 0.00 | $ N.A. |
| 9. | Interest and dividends | $ 0.00 | $ N.A. |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ N.A. |
| 11. | Social security or other government assistance (Specify) _____ | $ 0.00 | $ N.A. |
| 12. | Pension or retirement income | $ 0.00 | $ N.A. |
| 13. | Other monthly income Prorated income tax refunds | $ 833.00 | $ N.A. |
| | (Specify) Fiancee's contribution | $ 850.00 | $ N.A. |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $ 1,683.00 | $ N.A. |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $ 7,429.00 | $ N.A. |
| 16. | COMBINED AVERAGE MONTHLY INCOME (Combine column totals from line 15) | $ 7,429.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

The fiancee's contribution is contingent on her finding employment
_____
_____

**B6J (Official Form 6J) (12/07)**

In re  Thomas Michael Studer                    Case No. _____
                Debtor                                       (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 3,399.00 |
|     a. Are real estate taxes included?   Yes _____ No ✓ | |
|     b. Is property insurance included?   Yes _____ No ✓ | |
| 2. Utilities: a. Electricity and heating fuel | $ 624.00 |
|     b. Water and sewer | $ 0.00 |
|     c. Telephone | $ 29.00 |
|     d. Other  Satellite t.v. | $ 100.00 |
| 3. Home maintenance (repairs and upkeep) | $ 0.00 |
| 4. Food | $ 450.00 |
| 5. Clothing | $ 50.00 |
| 6. Laundry and dry cleaning | $ 50.00 |
| 7. Medical and dental expenses | $ 50.00 |
| 8. Transportation (not including car payments) | $ 85.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 150.00 |
| 10. Charitable contributions | $ 10.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|     a. Homeowner's or renter's | $ 0.00 |
|     b. Life | $ 0.00 |
|     c. Health | $ 0.00 |
|     d. Auto | $ 290.00 |
|     e. Other  included homeowner's ins. | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify)  Real estate taxes | $ 1,000.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|     a. Auto | $ 0.00 |
|     b. Other  2d mortgage | $ 686.00 |
|     c. Other | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other   Cell phone | $ 171.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | $ 7,144.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
    None
_____

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
|     a. Average monthly income from Line 15 of Schedule I | $ 7,429.00 |
|     b. Average monthly expenses from Line 18 above | $ 7,144.00 |
|     c. Monthly net income (a. minus b.) | $ 285.00 |

[Print] [Pay by Phone] [Pay On-Line]

Print

### John A. Donofrio
Fiscal Officer, County of Summit
Note: This is a live file and is subject to constant change.
IAS4 - INTEGRATED ASSESSMENT SYSTEM REVIEW DOCUMENT
Summit County Auditor Division, OH - Tax Year 2010

Reference Year
FEB 24, 2010
10:08 AM

## BASIC INFORMATION FOR PARCEL 1507618

| | | | | |
|---|---|---|---|---|
| PARCEL | 1507618 | ALT_ID CP00026A4006000 | NO CARDS | 1 |
| OWNER | STUDER THOMAS M & COSGROVE MICHELE M | | INFO | |
| OWNER DESC. | | | ---LISTER--- | |
| DESC. | CHERRYWOOD CROSSING LOT 6 ALL | | 527 | 19-NOV-09 |
| DESC. | | LUC 510 | R - SINGLE FAMILY DWELLING, PLATTED | |
| ADDR. | 4679 PAXTON RD , COPLEY 44321- | | CLS | R |
| SPEC FLAG | | | NBR | 10300032 |
| HOMESTEAD | | | | |
| DISTRICT | 15 COPLEY TWP-COPLEY/FAIRLAWN CSD | | INTER-COUNTY | 77-0100 |

## LAND FOR PARCEL 1507618

| CODE | ACRES | CLASS | EXMP | UNIT | INCR/DECR | INFLUENCE | INFLU% | VALUE |
|---|---|---|---|---|---|---|---|---|
| 01 | 1 | | 77500 | 77500 | 38750/38750 | | | 77500 |
| 09 | .6479 | | 0 | 15500 | 15500/15500 | | | 10040 |

ACRE CODE: 01 = HOUSE LOT 09 = BALANCE OF LAND

## RESIDENTIAL CARD 1 OF 1 FOR PARCEL 1507618

| | | | | |
|---|---|---|---|---|
| STYHT | 2 | HT/AC | CENTRAL AIR CONDITION | |
| CONST | ALUMINUM/VINYL | FUEL | GAS | |
| MSRY TRIM | | SYSTEM | FORCED AIR | |
| TYPE | COLONIAL | ATTIC | | |
| YR BUILT | 2006 | FINBSMT | | |
| EFF YR | | REC RM | | |
| YRREMDLD | | FRP PREFB | 3 | |
| TOT RM | 9 | FRPL OP/ST | | |
| BEDRM | 5 | BSMT GAR | | |
| FAMLYRM | 1 | PHYSICAL | 98 | |
| FULL/BTH | 4 | FUNC DEP | | |
| HALF/BTH | 1 | FUNC RSN | | |
| TOT FIXTRS | 16 | ECON DEP | 111 | |
| BSMT | FULL | ECON RSN | 70 | |
| GFLA | 902 | GRADE | 120 | |
| SFLA | 4576 | COND (CDU) | GOOD | (100%) |
| | | PCT CMPL | | |

EXHIBIT C

DWELLING VAL 507210

**DESCRIPTION:** COLONIAL ALUMINUM/VINYL 2 STORY WITH 902 SQ FT GROUND FLOOR LIVING AREA AND 4576 TOTAL SQ FT LIVING AREA, BUILT ABOUT 2006. IT HAS 9 TOTAL ROOMS WITH 1 FAMILY ROOM, 5 BEDROOMS, 4 FULL BATHROOMS, 1 HALF BATHROOM, A FULL BASEMENT, HEATING IS CENTRAL AIR CONDITION AND THE OVERALL CONDITION IS GOOD. THE "ADDN MISC FEATURES" VALUE WAS DERIVED FROM THE HT/AC (3010), THE PLUMBING (11000), AND THE FIREPLACE (6100).



ADDITION CODES:
LN LW 1S 2N 3R AREA %COMP VALUE
| | | | | | | | |
|---|---|---|---|---|---|---|---|
| B | 50 | 10 | | | 133 | | 9700 |
| C | 50 | 29 | | | 285 | | 25150 |
| D | | 13 | 10 | | 405 | | 26440 |
| E | | 13 | | | 539 | | 12740 |

http://www.summitoh.net/clt/refstrt.do_one?parcel=1507618&print=1&lienyear=2010&doland=ON&doc... 2/24/2010



|   |    |    |      |       |
|---|----|----|------|-------|
| F | 11 | 18 | 370  |       |
| G | 50 | 10 | 1141 | 83180 |
| H | 50 | 29 | 808  | 71310 |

**ADDITIONS:**
LINE B LOWER LEVEL UNFINISHED BSMT WITH FIRST FLOOR FRAME LIVING AREA
LINE C LOWER LEVEL UNFINISHED BSMT WITH FIRST FLOOR 1 STY FR OPEN AREA
LINE D FIRST FLOOR FRAME GARAGE WITH SECOND FLOOR FRAME LIVING AREA
LINE E FIRST FLOOR FRAME GARAGE
LINE F FIRST FLOOR OPEN FRAME PORCH
LINE G LOWER LEVEL UNFINISHED BSMT WITH FIRST FLOOR FRAME LIVING AREA
LINE H LOWER LEVEL UNFINISHED BSMT WITH FIRST FLOOR 1 STY FR OPEN AREA

## SUMMARY ALL CARDS FOR PARCEL 1507618

| LAND: | 87540 | BUILDING: | 507210 | TOTAL: | 594750 |
|---|---|---|---|---|---|
| ASSESSED LAND: | 30640 | ASSESSED BLDG: | 177520 | ASSESSED TOTAL: | 208160 |

### SALES INFORMATION FOR PARCEL 1507618

| DATE | DOC# | GRANTOR | AMT | SALE | DESC | PARCELS |
|---|---|---|---|---|---|---|
| 05-JUN-06 | 11468 | MILLSTONE BUILDING COMPANY LTD | 690000 | V | VACANT | 1 |
| 13-OCT-05 | 23518 | CHERRYWOOD CROSSING LLC | 87000 | V | VACANT | 1 |
| 24-FEB-04 | 3230 | CHERRYWOOD CROSSING LLC |  |  |  | 22 |

### PERMITS

| DATE | PERMIT # | AMOUNT | DESCRIPTION | O/C |
|---|---|---|---|---|
| 19-JAN-06 | 60125 | 0 | FIREPLACE | C |
| 02-JAN-06 | 52425 | 625000 | NEW HOUSE | C |
| 02-JAN-06 | 52671 | 0 | AIR | C |

### NOTES

AA14    CA12

10FC0042
BOR 09-067

**FOR CURRENT TAX INFORMATION (TAX YEAR 2009), CLICK HERE.**

## GENERAL INFORMATION

JOHN A. DONOFRIO
FISCAL OFFICER, COUNTY OF SUMMIT
175 SOUTH MAIN ST.
AKRON, OHIO 44308

### PLEASE DIRECT INQUIRIES CONCERNING PROPERTY VALUES TO

| | |
|---|---|
| (330)-643-2645 | SPECIAL ASSESSMENTS |
| (330)-643-2710 | APPRAISAL INFORMATION |
| (330)-643-2661 | HOMESTEAD |
| (330)-643-2638 | GENERAL REAL ESTATE |

### PLEASE DIRECT INQUIRIES ABOUT YOUR TAX BILL INFORMATION TO

| | |
|---|---|
| (330)-643-2867 | TREASURER DIVISION PRE-PAYMENT PROGRAM |
| (330)-643-2600 | MONTHLY DELINQUENT CONTRACT PROGRAM |
| (330)-643-2587 | TAX BILL MAILING INFORMATION |
| (330)-643-2589 | PAYMENT INFORMATION |

http://www.summitoh.net/clt/refstrt.do_one?parcel=1507618&print=1&lienyear=2010&doland=ON&doc...    2/24/2010

*Click the Following Links to Navigate the Tax Years*

2009  2008  2007  2006  2005  2004  2003  2002  2001  2000  1999  1998  1997  1996

# AFFIDAVIT FOR MECHANIC'S LIEN

STATE OF OHIO, COUNTY OF MEDINA - ss

Kevin Sunde, being first duly sworn, says that he is the President of MGM Landscape Contractors, Inc., whose address is 7291 Stone Road, Medina, OH 44256, which furnished certain material or performed certain labor or work in furtherance of improvements located or removed to the land hereinafter described, pursuant to a certain contract with **Michele Cosgrove of 4676 Paxton Road, Akron, Ohio 44321**. The first and last day which labor, work and materials were performed or delivered, were November 5, 2008 and March 6, 2009, respectively, and there is justly and truly due MGM Landscape Contractors, Inc., from the owner, part owner, lessee, original contractor, or other person, as the case may be, over and above all legal set-offs, the sum of **Twenty Seven Thousand Seven Hundred Forty Six and 90/100 ($27,746.90)** with interest at the rate of 1.5% per month that the amount remains unpaid, for which amount the said MGM Landscape Contractors, Inc. claims a lien upon said land of which Thomas M. Studer and Michele M. Cosgrove, are or were the owner which premises are described as follows:

Situated in the Township of Copley, County of Summit, State of Ohio: And known as being Lot No. 6 in Cherrywood Crossing as shown on the plat recorded as instrument Number 55013830 of Summit County Records.

Permanent Parcel No. 15-07618    Routing No. CP00026-A4-006.000

EXHIBIT D

_Kevin Sunde_
Kevin Sunde, President of
MGM Landscape Contractors, Inc.

Sworn to and subscribed before me a Notary Public in and for the said County and State, this 26th day of March, 2009

_Rachelle Skidmore_
Notary Public
My Commission Expires: 9/30/12

This Instrument Prepared by:
Skidmore & Hall Co., L.P.A.
748 N. Court St.
Medina, OH 44256
(330) 725-5936



RACHELLE SKIDMORE
Notary Public, State of Ohio
My Commission Expires
September 30, 2012

55611683
Pg: 1 of 1
03/27/2009 02:13P
ML    28.00

John A Donofrio, Summit Fiscal Officer