**IT IS SO ORDERED.**

Dated:  02:13 PM March 30 2010

MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In re:  )  CASE NO: 09-53236
)  Chapter 13
Thomas Michael Studer
)
)
Debtor(s).  )  Judge Marilyn Shea-Stonum
)
AGREED ORDER SETTLING
OBJECTION TO CONFIRM-
ATION OF PLAN

     This matter is before the Court upon consideration of the representation of Keith Rucinski, chapter 13 trustee, by and through counsel, and of the debtor, by and through counsel, that they have reached the following settlement of objection of the chapter 13 trustee to confirmation of the plan, *viz.*,

     1. In addition to the debtor's regular semimonthly payments to the chapter 13 trustee of $144.00, the debtor shall forthwith pay to the chapter 13 trustee $11,200 that the debtor has received from his 2009 income tax refunds and employer-paid bonus for distribution to creditors.

     2. The debtor shall file herein an amended plan to provide for the payment of real estate taxes due of approximately $6,562.92 that shall be fully paid inside the plan. The debtor shall pay directly all future real estate taxes directly to the Summit County Fiscal Officer, outside the plan.

3. The debtor shall pay over to the chapter 13 trustee all future bonuses and income tax refunds received by him during the duration of his plan, except to the amount needed by him to pay his future real estate taxes.

4. The debtor consents to allowing the chapter 13 trustee to adjust the percentage dividend to be paid to general unsecured creditors under the plan based on the debtor's submission of these additional payment by the debtor to the chapter 13 trustee.

The Court finds that the terms of this settlement are well taken, and shall be approved.

WHEREFORE, it is ORDERED, ADJUDGED and DECREED that the aforesaid objection hereby is settled on the above-described terms.

###

Submitted by:

/s/ Robert M. Whittington, Jr., 0007851
Attorney for the Debtor
159 S. Main St., #1023
Akron, OH 44308
330 384 8484
fax 330 384 8953
elkwhitt@neo.rr.com

Approved:

/s/ Keith L. Rucinski, Chapter 13 Trustee
/s/ Joseph A. Ferrise, Staff Attorney

```
      Fax approval received 3/29/10
```
_____
Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, Ohio 44308
Tel 330.762.6335
Fax 330.762.7072
krucinski@ch13akron.com
jferrise@ch13akron.com


Approved:

/s/ Thomas Michael Studer

```
    e-mail approval received 3/24/10
```

_____
Thomas Michael Studer, Debtor

List of Parties to be Served:

Pursuant to Rule 9022, Rules of Bankruptcy Procedure, Fed.R.Civ.P. 5(b) and ECF Decisions promulgated by the Clerk of this Court, the Clerk shall serve the following by electronic notice through the ECF system if the following named recipients are registered ECF users, or otherwise by ordinary U.S. Mail, postage prepaid, or by such other means as may be permitted by these Rules, viz.,

Robert M. Whittington, Jr.
159 S. Main St., #1023
Akron, OH 44308

Thomas M. Studer
4679 Paxton Rd.
Copley, OH 44321

Keith Rucinski, chapter 13 trustee
I Cascade Plaza, #2020
Akron, OH 44308

U.S. Trustee
201 Superior Ave. E. #441
Cleveland, OH 44114